UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-22386-CIV-Otazo-Reyes

CONSENT CASE

RANDY DE LA IGLESIA )
)
Plaintiff, )
)
vs. )
)
INTERNATIONAL CABLE )
CORPORATION )
JEFFREY FRUMAN, )
)
Defendants. )
_____)

## RESPONSE TO PLAINTIFF'S NOTICE REGARDING SUGGESTION OF BANKRUPTCY THAT SUCH ONLY APPLIES TO INTERNATIONAL CABLE CORPORATION

Defendants, by and through their undersigned attorney, hereby submit this Response in Opposition to Plaintiff's Notice Regarding Suggestion of Bankruptcy That Such Only Applies to International Cable Corporation. Defendants move this Honorable Court to strike and/or disregard the Plaintiff's Notice from the record as its filing was premature, inappropriate, and ultimately without legal basis. As grounds, Defendants state as follows:

1. In USDC Case Number 13-cv-23140-KMM – FERRO, et al, v. INTERNATIONAL CABLE CORP and ESTATE OF JEFFREY FRUMAN, Judge K. Michael Moore entered D.E. 22: PAPERLESS ORDER. "THIS CAUSE came before the Court upon Defendants' Suggestion of Bankruptcy. Pursuant to 11 U.S.C. § 362, this action is STAYED. The Clerk of the Court is

instructed to administratively CLOSE this case. All pending motions are denied as moot. "Signed by Judge K. Michael Moore on 11/12/2013. (nhl) (Entered: 11/12/2013)

2.  The Court's discretionary entry of a stay as to the non-debtor Defendants would promote judicial efficiency by avoiding 'duplicative discovery, multiple hearings and inconsistent results.

3.  This Honorable Court could Stay substitution of estate pending your Honor's ruling on Summary Judgment as to individual liability.

4.  The Estate of the decedent defendant is so intertwined with the corporate entity, substitution would result in prejudice and run afoul of the original intent of the Bankruptcy Code's protection. "The automatic stay is one of the fundamental debtor protections provided by the bankruptcy laws." *In re State Airlines, Inc.*, 873 F.2d 264, 268 (11th Cir. Fla. 1989). Because 'there is such identity between the debtor and [Defendants] that the debtor may be said to be the real party defendant and that a judgment against [Defendants] will in effect be a judgment or finding against the debtor,' Plaintiff's filing of the Second Action Complaint violated the stay of the first action. *See A.H. Robins Co., Inc. v. Piccinin (In re A.H. Robins Co., Inc.)*, 788 F.2d 994, 999 (4th Cir.1986) (holding that lawsuits against debtor's corporate officers concerning the debtor's product were subject to a stay because the officers could seek indemnification from the debtor)."

For the foregoing reasons, Defendants respectfully request that this Honorable Court strike Plaintiff's Notice from the record and Stay the Proceeding from further litigation.

Dated this 14th day of November, 2013.

Respectfully submitted,

**REMER & GEORGES-PIERRE, PLLC**

COURTHOUSE TOWER
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

By: _____
Anthony M. Georges-Pierre, Esq.
Florida Bar No.: 0533637

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _____
Anthony M. Georges-Pierre, Esq.

**SERVICE LIST**

Anthony M. Georges-Pierre, Esquire
**REMER & GEORGES-PIERRE, PLLC**
*Attorney for Defendants*
COURTHOUSE TOWER
44 West Flagler Street, Suite 2200
Miami, Fl 33130
E-Mail: agp@rgpattorneys.com
Telephone: (305) 416-5000
Facsimile : (305) 416-5005

JH Zidell, Esq.
Daniel Feld, Esq.
JHZIDELL, PA
*Attorney for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141