### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

#### CASE NO.: 12-22386-CIV-OTAZO-REYES

#### CONSENT CASE

RANDY DE LA IGLESIA   )
            )
    Plaintiff,   )
  vs.         )
            )
INTERNATIONAL CABLE  )
CORPORATION     )
JEFFREY FRUMAN,    )
            )
    Defendants.  )
_____ )

#### OMNIBUS ORDER

THIS CAUSE came before the Court for Status Conference, held on February 11, 2014. In accordance with the Court's rulings at the Status Conference, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff Randy De La Iglesia's Renewed Motion for Substitution of Estate for Party Defendant [D.E. 59] is GRANTED.   The Estate of Jeffrey Fruman is hereby SUBSTITUTED as Defendant in this action in lieu and in place of Jeffrey Fruman, decedent.

2. This action is STAYED.  The automatic bankruptcy stay pursuant to 11 U.S.C. § 362 already in effect for Defendant International Cable Corporation is extended to the entire case, including Defendant Estate of Jeffrey Fruman.  In this regard, the Court finds persuasive and adopts the rationale of the Honorable K. Michael Moore in staying the companion case, Ferro, et al. v. International Cable Corporation, et al.  See Paperless Order [D.E.22 in Case No. 13-23410] (staying action); Paperless Order [D.E. 27 in Case No. 13-23410] (denying motion to reopen case as to non-bankrupt defendants) (citing Peterson v. Avantair, Inc., Case No. 8:13-cv-

1683-T-33-EAJ, 2013 WL 4506414, at *1 (M.D. Fla. Aug. 23, 2013)).

      3.    The following pending motions are DENIED without prejudice to their renewal upon the lifting of the STAY:

          a.    Defendant's Motion for Partial Summary Judgment as to Liability of the Individual Defendant, Jeffrey Fruman [D.E. 49];

          b.    Plaintiff's Motion for Partial Summary Judgment [D.E. 57]; and

          c.    Defendant's Motion to Strike the Affidavits of Randy De La Iglesia and Marlen Ferro [D.E. 64].

      4.    Immediately upon issuance of this Omnibus Order, Attorney Anthony Georges-Pierre may file his unopposed motion to withdraw his limited appearance as counsel for Paula A. Fruman, Sara Fruman, Jay M. Pabian, Esq. and the Estate of Jeffrey Fruman, which was made *ore tenus* at the Status Conference.  After ruling on this matter, the Court will direct the Clerk to administratively close the case, to be reopened at the time the STAY is lifted.

      5.    Upon the lifting of the STAY, the Court will issue a new scheduling order.

      DONE AND ORDERED in Chambers in Miami, Florida, on this 11ᵗʰ day of February, 2014.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record